In the Matter of STACEY LEIGH CAULK, an Attorney. [51 NYS3d 903]—

Per Curiam. Stacey Leigh Caulk was admitted to practice by this Court in 2008 and lists a business address in North Yarmouth, Maine with the Office of Court Administration. Caulk now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Caulk's application.

Upon reading the affidavit of Caulk sworn to October 17, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Caulk is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

McCarthy, J.P., Garry, Lynch, Devine and Clark, JJ., concur. Ordered that Stacey Leigh Caulk's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further ordered that Stacey Leigh Caulk's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally*

Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Stacey Leigh Caulk shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.